No. 98–790. Martinez Ares v. Martinez. Ct. Civ. App. Ala. Certiorari denied.

No. 98–793. Scheerer et vir v. Hardee's Food Systems, Inc. C. A. 8th Cir. Certiorari denied.

No. 98–795. Calzadilla Construction Corp. v. Municipality of Vega Baja. Ct. App. P. R. Certiorari denied.

No. 98–797. AmWest Savings Assn. et al. v. Statewide Capital, Inc., et al. C. A. 5th Cir. Certiorari denied.

No. 98–798. Charter plc v. Cameron, Individually and as Special Administrator of the Estate of Latta, Deceased, et al. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 98–801. Radford v. General Dynamics Corp. et al. C. A. 5th Cir. Certiorari denied.

No. 98–802. Shamrock Farms Co. et al. v. Veneman, Secretary, California Department of Food and Agriculture, et al. C. A. 9th Cir. Certiorari denied.

No. 98–806. Westling et ux. v. County of Mille Lacs et al. Sup. Ct. Minn. Certiorari denied.

No. 98–807. Kmart Corp., as Named Fiduciary of the Kmart Corporation Master Welfare Benefit Plan v. Schleibaum et al. C. A. 7th Cir. Certiorari denied.

No. 98–811. Hoyos et al. v. Camilo-Robles. C. A. 1st Cir. Certiorari denied.

No. 98–815. Browning-Ferris Industries of Colorado, Inc. v. Decker. Sup. Ct. Colo. Certiorari denied.

No. 98–820. Fort Bend County v. Brady et al. C. A. 5th Cir. Certiorari denied.

No. 98–824. Wilson v. Hill, Warden, et al. C. A. 9th Cir. Certiorari denied.